REPROS THERAPEUTICS INC., Plaintiff–Appellee

v.

Harry FISCH, Defendant–Appellant

Joseph S. Podolski, Ronald Wiehle, Defendants.

No. 2015–1328.

United States Court of Appeals, Federal Circuit.

Jan. 7, 2016.

Allyson Newton Ho, Morgan, Lewis & Brockius LLP, Dallas, TX, argued for plaintiff-appellee. Also represented by David W. Clough, John W. Campbell, Christopher Michael Cabral, Chicago, IL; Winstol D. Carter, Jr., Craig A. Stanfield, Ryan B. McBeth, Nicholaus E. Floyd, Houston, TX.

Michael Anthony Nicodema, Greenberg Traurig LLP, Florham Park, NJ, argued for defendant-appellant. Also represented by Barry Schindler, Julie Pamela Bookbinder, New York, NY; Elliot H. Scherker, Jose Pena, Stephanie L. Varela, Miami, FL; Michael J. Schaengold, Washington, DC.

MOORE, BRYSON, and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**